■ In the Matter of WILSON ROLON, Petitioner, v CHARLES H. SOLOMON et al., Respondents. [821 NYS2d 141]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Tom, J.P., Andrias, Friedman, Marlow and Gonzalez, JJ.